UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RONAL UMANA JOVEL,

                           Petitioner,              20-CV-00308 (GBD)(SN)

           -against-                         **ORDER**

THOMAS DECKER, et al.,

                           Respondents.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are ORDERED to meet and confer as to whether they consent to proceed before a Magistrate Judge for all purposes, pursuant to 28 U.S.C. § 636(c). By no later than Monday, January 27, 2020, the parties shall either file a signed consent form or file a letter stating that both parties do not consent. The letter should not indicate which party does not consent.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 22, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2020