USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RONAL UMANA JOVEL,

                              Petitioner,

         -against-

THOMAS DECKER, et al.,

                              Respondents.

-----------------------------------------------------------------X

20-CV-00308 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 13, 2020, Petitioner filed a motion requesting immediate release from immigration detention because of the risk of COVID-19 to his health. ECF No. 18. No later than March 17, 2020, Respondents shall file a letter responding to the arguments in Petitioner's motion.

A telephone conference is scheduled for Wednesday, March 18, 2020, at 3:30 p.m. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

DATED:     March 16, 2020
              New York, New York