UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RONAL UMANA JOVEL,

     Petitioner,

-against-

THOMAS DECKER, et al.

     Respondents.

------------------------------------- x

MEMORANDUM DECISION
AND ORDER

20 Civ. 308 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

  At approximately 1:30 p.m. today, this Court adopted Magistrate Judge Netburn's Report and Recommendation (the "Report," ECF No. 26) after having been informed that a bond hearing had been scheduled for today. (*See* Mem. Decision and Order, ECF No. 31.)

  Any objections to the Report were due today and none had been received by that time. At 3:24 p.m., Respondents submitted a letter request that this Court vacate its order of adoption to consider their objections, which they still intended to file today. (*See* Letter Mot., ECF No. 32.) At 3:34 p.m., Respondents timely filed their objections to the Report. (*See* Resp'ts' Obj. to the Magistrate Judge's R. & R., ECF No. 33.)

  This Court will review and consider Respondents' objections before ruling on their request to vacate this Court's order adopting the Report.

Dated: New York, New York
   March 31, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge