UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
RONAL UMANA JOVEL,

       Petitioner,

  -against-           ORDER

THOMAS DECKER, et al,      20 Civ. 00308 (GBD)

       Respondents.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

  Given the March 31, 2020 Memorandum Decision and Order, (ECF No. 35), the Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: JUN 21 2022
   New York, New York

              SO ORDERED.

              _George B. Daniels_
              GEORGE B. DANIELS
              UNITED STATES DISTRICT JUDGE